```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _02/14/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA SOROKIN,

                Petitioner,

-against-

KENNETH GENALO, in his official capacity as New York City Field Office Director, Immigration and Customs Enforcement; PATRICK J. LECHLEITNER, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director for, Immigration and Customs Enforcement; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; and DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review,

                Respondents.

24 Civ. 975 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Petitioner's verified petition for a writ of habeas corpus and complaint (the "Petition"). ECF No. 1. Accordingly:

1. By **March 8, 2024**, Respondents shall file their response to the Petition, including any supporting papers; and
2. By **March 22, 2024**, Petitioner shall file her reply, if any.

    SO ORDERED.

Dated: February 14, 2024
       New York, New York

                                      ANALISA TORRES
                                United States District Judge