```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
ANNA SOROKIN,

                         Petitioner,

    -against-

KENNETH GENALO, in his official capacity as New York City Field Office Director, Immigration and Customs Enforcement; PATRICK J. LECHLEITNER, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director for, Immigration and Customs Enforcement; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; and DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review,

                         Respondents.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/07/2024
```

24 Civ. 975 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 9, 2024, Petitioner, Anna Sorokin, filed this action, arguing that the bond conditions imposed by an immigration judge on October 4, 2022 (the "Bond Order") violate her rights under the First and Fifth Amendments to the United States Constitution. Pet., ECF No. 1; *see* ECF No. 38.

    On November 4, 2022, Sorokin separately appealed the Bond Order to the Board of Immigration Appeals (the "BIA"). Pet. ¶ 13; *see* ECF No. 1-11. By order dated May 5, 2024, the BIA stated that the Bond Order "does not clearly explain how the specific conditions imposed would ameliorate the risk of danger or flight risk posed by the applicant," particularly in light of First Amendment concerns. ECF No. 39-1 at 7. The BIA remanded the matter to the immigration judge for further proceedings. *Id.* at 8. By letter dated May 6, 2024, Sorokin informed the Court of the BIA order and that she has "a custody redetermination hearing before an immigration judge on May 16, 2024." ECF No. 39. The outcome of the redetermination hearing could moot or otherwise affect the relief sought in Sorokin's habeas petition.

    Accordingly:

        1. The briefing schedule set forth on May 2, 2024, ECF No. 38, is VACATED; and

2. By **May 20, 2024**, Sorokin shall file a status update with the Court, indicating (1) the outcome of her custody redetermination hearing and (2) whether she will move to file an amended petition.

SO ORDERED.

Dated: May 7, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge