```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/13/2024__
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**ANNA SOROKIN**,

       Petitioner,

v.

**KENNETH GENALO**, in his official capacity as New York City Field Office Director, Immigration and Customs Enforcement; **PATRICK J. LECHLEITNER**, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director for, Immigration and Customs Enforcement; **ALEJANDRO MAYORKAS**, in his official capacity as Secretary, U.S. Department of Homeland Security; and **DAVID L. NEAL**, in his official capacity as Director of the Executive Office for Immigration Review,

       Respondents.

Case No.: 1:24-cv-00975

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner, Anna Sorokin, through her counsel, gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants Kenneth Genalo, Patrick J. Lechleitner, Alejandro Mayorkas, and David L. Neal.

Dated: August 12, 2024

SO ORDERED.

Dated: August 13, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge